IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                  -against-<br><br>THE BULK CARGO CARRIER KNOWN AS THE "WISE HONEST," BEARING INTERNATIONAL MARITIME ORGANIZATION NUMBER 8905490<br><br>                Defendant-in-Rem. | Docket No:<br>19-CV-4210 (PKC) |

------------------------------------------------------------------- X

## VERIFIED CLAIM OF HAN KIM AND YONG SEOK KIM

Pursuant to Rule G(5)(a) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and 28 U.S.C. § 1610(c), Han Kim and Yong Seok Kim (collectively the "Kims"), by and through their counsel, file this verified claim and assert their interest in the bulk cargo carrier that the United States seeks to forfeit in this action (as descried below, the "Defendant Property").

On April 9, 2015 the Kims obtained a default judgment in the District Court for the District of Columbia against the Democratic People's Republic of Korea ("North Korea") in the amount of $330,000,000, *Han Kim v Democratic People's Republic of Korea,* 87 F.Supp.3d 286 (D.D.C. 2015). This judgment resulted from North Korea's hostage taking, illegal detention, torture, and extrajudicial killing of their father and brother, Reverend Dong Shik Kim, and the severe mental anguish and extreme emotional distress that North Korea caused the Kims to suffer as a result.

On July 23, 2019 Judge Amy Berman Jackson authorized the Kims to enforce their judgment against North Korea, through attachment or execution, pursuant to §§ 1610(a)-(b) of the

-2-

Foreign Sovereign Immunities Act, 28 U.S.C. § 1602, *et seq. Kim,* No. 09-cv-648, ECF No. 80 (July 23, 2019).

  For the foregoing reasons, the Kims respectfully claim a right, title and interest to the Defendant Property.

Dated: Brooklyn, New York
    September 16, 2019

                Respectfully submitted,

                THE BERKMAN LAW OFFICE, LLC
                *Attorneys for Claimants Han Kim and Yong Seok Kim*

                by:   /S/ Robert J. Tolchin
                   Robert J. Tolchin

                111 Livingston Street, Suite 1928
                Brooklyn, New York 11201
                718-855-3627

## **VERIFICATION**

Han Kim, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury under the laws of the United States of America, that the foregoing verified claim is true and correct to the best of his knowledge.

Executed on September  17, 2019

_____
Han Kim


Yong Seok Kim, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury under the laws of the United States of America, that the foregoing verified claim is true and correct to the best of his knowledge.

Executed on September ___, 2019

_____
Yong Seok Kim

## VERIFICATION

Han Kim, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury under the laws of the United States of America, that the foregoing verified claim is true and correct to the best of his knowledge.

Executed on September ___, 2019

_____
Han Kim

Yong Seok Kim, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury under the laws of the United States of America, that the foregoing verified claim is true and correct to the best of his knowledge.

Executed on September 19, 2019

_____
Yong Seok Kim

Scanned with CamScanner