EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Plaintiff,

                -v.-

THE BULK CARGO CARRIER K NOWN AS THE
"WISE HONEST,' BEARING INTERNATIONAL
MARITIME ORGANIZATION NUMBER 8905490,

                Defendant-_in_-_rem_.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Han Kim,

                Claimant,

Yong Seok Kim,

                Claimant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION**

19 Civ. 4210 (PKC)

IT IS HEREBY AGREED, by and between the United States of America by its attorney Geoffrey S. Berman, United States Attorney for the Southern District of New York, Assistant United States Attorneys David W. Denton, Jr. and Benet J. Kearney, of counsel, and the Han Kim and Yong Seok Kim (together, the "Kims"), by their counsel, Robert J. Tolchin, Esq., that:

       1.      The Kims hereby withdraw the verified claim filed on September 19, 2019 asserting an interest in the Defendant-_in-rem_ (D.E. 18), and consent to the forfeiture of the Defendant-_in-rem_.

2.      This Stipulation may be executed in counterparts, each of which shall be deemed an original, and all of which, when taken together, shall be deemed the complete Stipulation.   Signature pages may be by fax or transmitted electronically, and such signatures shall be deemed to be valid originals.

3.      The parties hereby waive all rights to appeal or to otherwise challenge or contest the validity of this Stipulation.

[This space intentionally left blank]

4.     Each party agrees to bear its costs and attorneys' fees.

Agreed and consented to:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____          10/16/19
      David W. Denton, Jr. / Benet J. Kearney          Date
      Assistant United States Attorneys
      One St. Andrew's Plaza
      New York, New York 10007
      (212) 637-2744 / 2260

HAN KIM and YONG SEOK KIM

By: _____          _____
      Robert J. Tolchin, Esq.                                        Date
      Attorney for HAN KIM and YONG SEOK KIM
      The Berkman Law Office, LLC
      111 Livingston Street
      Suite 1920
      Brooklyn, New York 11201
      (718) 855 3627

SO ORDERED:

_____          _____
THE HONORABLE P. KEVIN CASTEL                Date
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

      4.      Each party agrees to bear its costs and attorneys' fees.

Agreed and consented to:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____     <u>10-16-19</u>_____
       David W. Denton, Jr. / Benet J. Kearney    Date
       Assistant United States Attorneys
       One St. Andrew=s Plaza
       New York, New York 10007
       (212) 637-2744 / 2260

HAN KIM and YONG SEOK KIM

By: _____     _____
       Robert J. Tolchin, Esq.           Date
       Attorney for HAN KIM and YONG SEOK KIM
       The Berkman Law Office, LLC
       111 Livingston Street
       Suite 1920
       Brooklyn, New York 11201
       (718) 855 3627

SO ORDERED:

_____     _____
THE HONORABLE P. KEVIN CASTEL      Date
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK